UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

THADDIUS A. WATKINS,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

**JUDGMENT**

No. 7:16-CV-242-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 17, 2017, and for the reasons set forth more specifically therein, that defendant's motion is granted. This matter is dismissed.

**This Judgment Filed and Entered on August 17, 2017, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Jill S. Reeder (via CM/ECF Notice of Electronic Filing)


August 17, 2017                                    PETER A. MOORE, JR., CLERK
                                                        /s/ Susan W. Tripp
                                                       (By) Susan W. Tripp, Deputy Clerk